# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

_____

TWIN RIVERS ENGINEERING, INC.,

    A Florida corporation,

        Plaintiff,

           v.                        2:15-cv-01838-JRG

FIELDPIECE INSTRUMENTS, INC.,

    A California corporation,

        Defendant.

_____

## ORDER GRANTING PLAINTIFF TWIN RIVERS ENGINEERING'S MOTION TO STRIKE FIELDPIECE INSTRUMENT'S DEFENSES

On this date, this Court considered Plaintiff Twin Rivers Engineering's Motion to Strike Fieldpiece Instrument's Defenses.

Having considered the Motion, the Court is of the opinion that the Motion should be GRANTED. It is therefore ORDERED that Plaintiff Twin Rivers Engineering's Motion to Strike Fieldpiece Instrument's Defenses is GRANTED.